WILLIAM HELLER v. A. KENNEDY DUFF.

Submitted March 28, 1898—Decided June 13, 1898.

1. A charge that a sheriff used his official position to protect a certain disorderly house in his county is slanderous if untrue.
2. Where it does not appear in the declaration that the words complained of were made by a pastor in addressing "his flock," he cannot, by demurrer, raise the defence that the words imputing criminal acts were, on that ground, privileged.

On demurrer to declaration.

Before Justices LIPPINCOTT, GUMMERE and LUDLOW.

For the demurrant, *Allan L. McDermott.*

*Contra, McEwan & McEwan.*

The opinion of the court was delivered by

GUMMERE, J. This is an action for slander. The alleged slanderous words set out in the declaration charge the plaintiff, who is the sheriff of Hudson county, with using his official position to protect a certain disorderly house which exists in that county. The declaration alleges that the charge was openly and publicly made by the defendant, who is the pastor of the United Presbyterian Church in West Hoboken.

The grounds upon which the demurrer rests are that the words spoken are not slanderous, and, further, that they were privileged, being spoken by a minister addressing his flock.

As to the first ground, it is entirely without merit. The words spoken charge the plaintiff with malfeasance in office of the gravest character, and are highly slanderous if untrue.

As to the second ground, it is sufficient to say that it does not appear, from any statement in the declaration, that the words complained of were spoken by the defendant in addressing " his flock." This makes it unnecessary to consider whether words imputing criminal acts to public officials are privileged when spoken by a pastor from his pulpit.

The demurrer should be overruled.